IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS,

    Petitioner,             No. 2: 10-cv-2766 MCE KJN P

    vs.

S. SALINAS,

    Respondent.        ORDER TO SHOW CAUSE

_____/

       On February 11, 2011, respondent filed a notice stating that on February 8, 2011, petitioner was released from prison. Petitioner did not file a notice of change of address indicating his new address.

       Accordingly, IT IS HEREBY ORDERED that within ten days of the date of this order, petitioner shall show cause for his failure to file a notice of change of address; failure to respond to this order will result in a recommendation of dismissal of this action.

DATED: February 15, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

coll2766.osc