IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD COLLINS,

    Petitioner,                                No. 2: 10-cv-2766 MCE KJN P

    vs.

S. SALINAS,

    Respondent.                        FINDINGS & RECOMMENDATIONS

_____/

        By order filed February 16, 2011, petitioner was ordered to show cause, within ten days, for his failure to file a notice of change of address.  Although the order to show cause was returned unserved, petitioner was properly served.  Because petitioner failed to file a notice of change of address, this action should be dismissed.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  March 4, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

col2766.fr